AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| :--- | :--- |
| v. | ) Case: 1:24-mj-00016 |
| David Brian Howard | ) Assigned To : Judge Moxila A. Upadhyaya |
| | ) Assign. Date : 1/17/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     __David Brian Howard__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:   01/17/2024                                                         *M.U.Upa* (signature)
                                                                             *Issuing officer's signature*

City and state:     Washington, D.C.                       Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                                             *Printed name and title*

---

### Return

This warrant was received on *(date)*  01/17/2024 , and the person was arrested on *(date)*  01/18/2024
at *(city and state)*  Frisco, Texas       .

Date:  01/18/2024                                                         *(signature)*
                                                                             *Arresting officer's signature*

                                                                             Michael Albritton   SA
                                                                             *Printed name and title*